UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

IN RE:                                                                                    Case No.:   16-11112 SDR
CAROL VARNER BALLARD                                                   Chapter 13

**NOTICE OF FINAL CURE PAYMENT**

According to Fed. Bankr. Rule 3002.1(f), the Trustee gives notice that the amount required to cure the prepetition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**Part 1: MORTGAGE INFORMATION**
Creditor Name:    **AGFIRST FARM CREDIT BANK**

Court Claim Number: **009**       UCI:

Last Four of Account Id Number:    2611

Property Address, if available:    184 PAUL LANE DR

**Part 2: CURE AMOUNT**
a. Allowed prepetition arrearage:    $2179.10
b. Prepetition arrearage paid by the Trustee:    $2179.10
c. Amount of postpetition fees, expenses and charges
   recoverable under FRBP 3002.1(c):    $5,153.73
d. Amount of postpetition fees, expenses and charges
   recoverable under FRBP 3002.1(c) paid by the Trustee:    $5,153.73
Total Disbursements by Trustee:    $58,112.77

**Part 3: POST PETITION MORTGAGE PAYMENT**
Mortgage is paid thru the Trustee conduit.

Current Monthly Mortgage Payment: $969.28

Next post-petition payment due: June 2021

**To the extent that the Debtor is not current as of the date of this notice, the creditor should file a response indicating same.**

**YOUR RESPONSE IS REQUIRED BY F.R.B.P Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions. To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this notice sent to debtor(s) and creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: 6/16/21                                               Respectfully Submitted:

s/ Kara L. West, Trustee
Kara L. West (TN No. 25744)
Standing Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401
(423) 265-2261

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2021 a copy of the Notice of Final Cure was served on those listed below as indicated:

**Via electronic noticing:**

W THOMAS BIBLE JR ESQ - ECF
US Trustee – ECF
Bankruptcy Court – ECF
RUBIN LUBLIN TN PLLC – ECF

**Via U.S. First Class mail, postage prepaid, to the following entities at the address listed:**

Debtor:   CAROL VARNER BALLARD, 184 PAUL LANE DRIVE, , DAYTON, TN    37321
Creditor:   AGFIRST FARM CREDIT BANK, %LOANCARE LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-
Creditor Noticing Address:

s/ Kara L. West w/permission by DRJ (35)
Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401-0511
(423) 265-2261

Case: **16-11112**    **CAROL VARNER BALLARD**

**AGFIRST FARM CREDIT BANK**
%LOANCARE LLC
3637 SENTARA WAY
VIRGINIA BEACH, VA   234

Sequence: 24
Modify:
Filed Date: 7/25/2016 12:00:00AM
Hold Code:

Acct No: 2611

184 PAUL LANE DRIVE-*** OLD MOD PLN

Amt Sched: ###########
Amt Due: $969.28

Debt: $50,779.94
Paid: $50,779.94

Interest Paid: $0.00
Accrued Int: $0.00
Balance Due: $0.00

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| **0090   AGFIRST FARM CREDIT BANK** | | | | | | | |
| AGFIRST FARM CREDIT BANK | | 05/31/2021 | 2114153 | $969.28 | $0.00 | $969.28 | |
| AGFIRST FARM CREDIT BANK | | 04/30/2021 | 2110296 | $1,938.56 | $0.00 | $1,938.56 | 05/26/2021 |
| AGFIRST FARM CREDIT BANK | | 02/28/2021 | 2099515 | $969.28 | $0.00 | $969.28 | 03/22/2021 |
| AGFIRST FARM CREDIT BANK | | 01/31/2021 | 2095796 | $969.28 | $0.00 | $969.28 | 02/22/2021 |
| AGFIRST FARM CREDIT BANK | | 12/31/2020 | 2092045 | $969.28 | $0.00 | $969.28 | 01/28/2021 |
| AGFIRST FARM CREDIT BANK | | 11/30/2020 | 2088257 | $1,162.78 | $0.00 | $1,162.78 | 01/12/2021 |
| AGFIRST FARM CREDIT BANK | | 10/31/2020 | 2084458 | $1,357.17 | $0.00 | $1,357.17 | 11/27/2020 |
| AGFIRST FARM CREDIT BANK | | 09/30/2020 | 2080570 | $1,357.17 | $0.00 | $1,357.17 | 10/26/2020 |
| AGFIRST FARM CREDIT BANK | | 07/31/2020 | 2072611 | $969.28 | $0.00 | $969.28 | 08/26/2020 |
| AGFIRST FARM CREDIT BANK | | 06/30/2020 | 2068629 | $976.53 | $0.00 | $976.53 | 07/24/2020 |
| AGFIRST FARM CREDIT BANK | | 05/31/2020 | 2064605 | $976.53 | $0.00 | $976.53 | 06/23/2020 |
| AGFIRST FARM CREDIT BANK | | 04/30/2020 | 2060602 | $976.53 | $0.00 | $976.53 | 05/27/2020 |
| AGFIRST FARM CREDIT BANK | | 03/31/2020 | 2056801 | $976.53 | $0.00 | $976.53 | 04/30/2020 |
| AGFIRST FARM CREDIT BANK | | 02/29/2020 | 2052668 | $976.53 | $0.00 | $976.53 | 03/20/2020 |
| AGFIRST FARM CREDIT BANK | | 01/31/2020 | 2048697 | $976.53 | $0.00 | $976.53 | 02/19/2020 |
| AGFIRST FARM CREDIT BANK | | 12/31/2019 | 2044606 | $1,360.99 | $0.00 | $1,360.99 | 01/22/2020 |
| AGFIRST FARM CREDIT BANK | | 11/30/2019 | 2040660 | $1,466.28 | $0.00 | $1,466.28 | 12/20/2019 |
| AGFIRST FARM CREDIT BANK | | 10/31/2019 | 2036666 | $1,349.13 | $0.00 | $1,349.13 | 11/20/2019 |
| AGFIRST FARM CREDIT BANK | | 09/30/2019 | 2032601 | $1,682.78 | $0.00 | $1,682.78 | 10/21/2019 |
| AGFIRST FARM CREDIT BANK | | 06/30/2019 | 2020184 | $976.53 | $0.00 | $976.53 | 07/23/2019 |
| AGFIRST FARM CREDIT BANK | | 05/31/2019 | 2015878 | $1,795.53 | $0.00 | $1,795.53 | 06/21/2019 |
| AGFIRST FARM CREDIT BANK | | 04/30/2019 | 2011608 | $157.53 | $0.00 | $157.53 | 05/21/2019 |
| AGFIRST FARM CREDIT BANK | | 03/31/2019 | 2007255 | $1,404.33 | $0.00 | $1,404.33 | 04/23/2019 |
| AGFIRST FARM CREDIT BANK | | 02/28/2019 | 2003066 | $1,525.26 | $0.00 | $1,525.26 | 03/19/2019 |
| AGFIRST FARM CREDIT BANK | | 12/31/2018 | 1994885 | $976.53 | $0.00 | $976.53 | 01/22/2019 |
| AGFIRST FARM CREDIT BANK | | 11/30/2018 | 1990817 | $1,373.73 | $0.00 | $1,373.73 | 12/18/2018 |
| AGFIRST FARM CREDIT BANK | | 10/31/2018 | 1986684 | $1,237.06 | $0.00 | $1,237.06 | 11/20/2018 |
| AGFIRST FARM CREDIT BANK | | 09/30/2018 | 1978358 | $1,295.33 | $0.00 | $1,295.33 | 10/19/2018 |
| AGFIRST FARM CREDIT BANK | | 07/31/2018 | 1969668 | $976.53 | $0.00 | $976.53 | 08/21/2018 |
| AGFIRST FARM CREDIT BANK | | 06/30/2018 | 1965405 | $984.18 | $0.00 | $984.18 | 07/19/2018 |
| AGFIRST FARM CREDIT BANK | | 05/31/2018 | 1960992 | $984.18 | $0.00 | $984.18 | 06/25/2018 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| AGFIRST FARM CREDIT BANK | | 04/30/2018 | 1956460 | $12.48 | $0.00 | $12.48 | 05/30/2018 |
| AGFIRST FARM CREDIT BANK | | 03/31/2018 | 1951778 | $984.18 | $0.00 | $984.18 | 04/26/2018 |
| AGFIRST FARM CREDIT BANK | | 02/28/2018 | 1947103 | $984.18 | $0.00 | $984.18 | 04/03/2018 |
| AGFIRST FARM CREDIT BANK | | 01/31/2018 | 1942587 | $984.18 | $0.00 | $984.18 | 02/23/2018 |
| AGFIRST FARM CREDIT BANK | | 12/31/2017 | 1938013 | $984.18 | $0.00 | $984.18 | 01/22/2018 |
| AGFIRST FARM CREDIT BANK | | 11/30/2017 | 1933459 | $1,046.93 | $0.00 | $1,046.93 | 12/21/2017 |
| AGFIRST FARM CREDIT BANK | | 10/31/2017 | 1928868 | $1,450.23 | $0.00 | $1,450.23 | 11/21/2017 |
| AGFIRST FARM CREDIT BANK | | 09/30/2017 | 1924223 | $1,305.87 | $0.00 | $1,305.87 | 10/19/2017 |
| AGFIRST FARM CREDIT BANK | | 08/31/2017 | 1919511 | $133.69 | $0.00 | $133.69 | 09/19/2017 |
| AGFIRST FARM CREDIT BANK | | 07/31/2017 | 1914867 | $984.18 | $0.00 | $984.18 | 08/31/2017 |
| AGFIRST FARM CREDIT BANK | | 06/30/2017 | 1910195 | $984.18 | $0.00 | $984.18 | 07/18/2017 |
| AGFIRST FARM CREDIT BANK | | 05/31/2017 | 1905390 | $971.70 | $0.00 | $971.70 | 06/20/2017 |
| AGFIRST FARM CREDIT BANK | | 04/30/2017 | 1900556 | $2,265.44 | $0.00 | $2,265.44 | 05/23/2017 |
| AGFIRST FARM CREDIT BANK | | 03/31/2017 | 1895674 | $846.77 | $0.00 | $846.77 | 04/19/2017 |
| AGFIRST FARM CREDIT BANK | | 02/28/2017 | 1890776 | $774.59 | $0.00 | $774.59 | 03/21/2017 |
| | | | Sub-totals: | $50,779.94 | $0.00 | $50,779.94 | |

**0091    AGFIRST FARM CREDIT BANK**

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| AGFIRST FARM CREDIT BANK | | 11/30/2018 | 1990817 | $18.23 | $0.00 | $18.23 | 12/18/2018 |
| AGFIRST FARM CREDIT BANK | | 10/31/2018 | 1986684 | $131.59 | $0.00 | $131.59 | 11/20/2018 |
| AGFIRST FARM CREDIT BANK | | 09/30/2018 | 1978358 | $139.28 | $0.00 | $139.28 | 10/19/2018 |
| AGFIRST FARM CREDIT BANK | | 07/31/2018 | 1969668 | $105.00 | $0.00 | $105.00 | 08/21/2018 |
| AGFIRST FARM CREDIT BANK | | 06/30/2018 | 1965405 | $105.00 | $0.00 | $105.00 | 07/19/2018 |
| AGFIRST FARM CREDIT BANK | | 05/31/2018 | 1960992 | $105.00 | $0.00 | $105.00 | 06/25/2018 |
| AGFIRST FARM CREDIT BANK | | 04/30/2018 | 1956460 | $105.00 | $0.00 | $105.00 | 05/30/2018 |
| AGFIRST FARM CREDIT BANK | | 03/31/2018 | 1951778 | $105.00 | $0.00 | $105.00 | 04/26/2018 |
| AGFIRST FARM CREDIT BANK | | 02/28/2018 | 1947103 | $105.00 | $0.00 | $105.00 | 04/03/2018 |
| AGFIRST FARM CREDIT BANK | | 01/31/2018 | 1942587 | $105.00 | $0.00 | $105.00 | 02/23/2018 |
| AGFIRST FARM CREDIT BANK | | 12/31/2017 | 1938013 | $105.00 | $0.00 | $105.00 | 01/22/2018 |
| AGFIRST FARM CREDIT BANK | | 11/30/2017 | 1933459 | $111.69 | $0.00 | $111.69 | 12/21/2017 |
| AGFIRST FARM CREDIT BANK | | 10/31/2017 | 1928868 | $154.73 | $0.00 | $154.73 | 11/21/2017 |
| AGFIRST FARM CREDIT BANK | | 09/30/2017 | 1924223 | $153.58 | $0.00 | $153.58 | 10/19/2017 |
| AGFIRST FARM CREDIT BANK | | 07/31/2017 | 1914867 | $105.00 | $0.00 | $105.00 | 08/31/2017 |
| AGFIRST FARM CREDIT BANK | | 06/30/2017 | 1910195 | $105.00 | $0.00 | $105.00 | 07/18/2017 |
| AGFIRST FARM CREDIT BANK | | 05/31/2017 | 1905390 | $105.00 | $0.00 | $105.00 | 06/20/2017 |
| AGFIRST FARM CREDIT BANK | | 04/30/2017 | 1900556 | $139.80 | $0.00 | $139.80 | 05/23/2017 |
| AGFIRST FARM CREDIT BANK | | 03/31/2017 | 1895674 | $91.50 | $0.00 | $91.50 | 04/19/2017 |
| AGFIRST FARM CREDIT BANK | | 02/28/2017 | 1890776 | $83.70 | $0.00 | $83.70 | 03/21/2017 |
| | | | Sub-totals: | $2,179.10 | $0.00 | $2,179.10 | |

**Grand Total:** $52,959.04    $0.00

2

# Disbursements for Claim

**Case:** 16-11112    **CAROL VARNER BALLARD**

**AGFIRST FARM CREDIT BANK**
%LOANCARE LLC
3637 SENTARA WAY
VIRGINIA BEACH, VA   234

Sequence: 25
Modify:
Filed Date: 5/5/2017 12:00:00AM
Hold Code:

Acct No: 2611/ POST PETITION FEE CL

\*\*\*

|  |  | Debt: | $5,153.73 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $0.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $5,153.73 | Balance Due: | $0.00 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| **0110    AGFIRST FARM CREDIT BANK** | | | | | | | |
| AGFIRST FARM CREDIT BANK |  | 07/31/2017 | 1914867 | $3,062.57 | $0.00 | $3,062.57 | 08/31/2017 |
| AGFIRST FARM CREDIT BANK |  | 06/30/2017 | 1910195 | $955.12 | $0.00 | $955.12 | 07/18/2017 |
| AGFIRST FARM CREDIT BANK |  | 05/31/2017 | 1905390 | $1,136.04 | $0.00 | $1,136.04 | 06/20/2017 |
|  |  |  | Sub-totals: | $5,153.73 | $0.00 | $5,153.73 |  |
|  |  |  | Grand Total: | $5,153.73 | $0.00 |  |  |